**STATE OF FLORIDA**

**COUNTY OF LEE**

<u>**DECLARATION OF CHERI RUSS**</u>

1.  I, Cheri Russ, verify the following under 28 U.S.C. §1746 and under the penalty of perjury:

2.  I make this declaration of my own free will and for no improper purpose.

3.  I am over the age of 18 and have personal knowledge of all facts contained herein.

4.  I began my employment with the Lee County School Board (Defendant) in June 2011.

5.  On April 6, 2014, the Defendant promoted me to the position of internal auditor.

6.  Ms. Judy Johnson began her employment with the Defendant in July 2016.

7.  In our respective positions, we observed a litany of illegal conduct by the Defendant.

8.  On November 3, 2018, I was assigned by Bob Brown, Director of Internal Audit, to investigate why the Pell Grant checking account for Fort Myers Technical College (FMTC) was overdrawn and why the majority of the Pell disbursement spreadsheets were filled out incorrectly, and not balanced yet still signed off on by the Senior Director of the school, Mr. Brian Mangan. The Defendant's Pell checking account had to "borrow" $10,000 from the FMTC checking account in order to cover the shortage of funds.

9.  In December 2018, Ms. Johnson began assisting me by providing training to the FMTC finance, data, and administrative teams regarding procedures for managing student accounts in the FOCUS student information management system.

10. In December 2018, the Defendant called a meeting with the then-CFO, Mr. Greg Blurton and others in which Mr. Brian Mangan agreed to put his assistant director, Mr. George McDaniel in charge of correcting student ledgers over the Christmas break.

11. In January 2019, Ms. Johnson sent written communication to Mr. Mangan to advise that she spot checked the student ledgers to review the work done over the Christmas break and that they were still incorrect. She also asked Mr. Mangan to meet to review his student account ledgers.

12. Also, in January 2019, Ms. Johnson also reviewed student accounts and made notification they were still incorrect.

13. In February 2019, a meeting was held in order to put a plan in place to review all student accounts at FMTC. The team consisted of myself, Ms. Johnson, Mr. Mangan, Mr. McDaniel, Ms. Stephanie Wright (bookkeeper at FMTC), Ms. Susan Rose (bursor at CCTC), Ms. Maria Rivero (bookkeeper at CCTC), Ms. Carrie Soules (bursor at FMTC). (*See* Exhibits A-1 to A-2).

14. In March 2019, I issued my first report to Bob Brown (Director of Internal Audit), Mr. Greg Blurton (FMTC Chief Financial Officer) and Mr. Brian Mangan (Senior Director of Lee County Technical Colleges) regarding the Pell Grant issues at FMTC, which was highly critical of FMTC's management.  (*See* Exhibits B-1 to B-6).

15. On April 22, 2019, the U.S. Department of Education contacted the Defendant regarding FMTC and the investigation Ms. Johnson and I were conducting.

16. On April 23, 2019, a report was provided to Ms. Susan Malay (Executive Director of Business Services), as requested by her which listed the issues at FMTC and included totals for grant amounts. (*See* Exhibits C-1 to C-3).

17. On April 24, 2019, Mr. Mangan and George McDaniel were removed from FMTC and placed on suspension pending investigation for mismanagement and misappropriation of state and federal funds. Ms. Johnson was then appointed as interim senior director. (*See* Exhibit D-4).

18. On April 26, 2019, a meeting was called by Ms. Susan Malay at FMTC to plan the next steps for an internal audit of all student account ledgers, payment, and financial aid disbursements, for the 18/19 school year. Those in attendance included Ms. Susan Malay, Ms. Judy Johnson, Mr. Bob Brown, Ms. Sarah Cox, Ms. April Marazzacco, and myself. A "lead team" was created to perform this review that consisted of Ms. Cox, Ms. Marazzacco, and myself. The team was assigned to work at the FMTC location until the audit was completed.

19. In June 2019, the Defendant created a new position at FMTC titled "business process analyst," which I was urged to – and did – apply for. I accepted the position at FMTC on June 20, 2019, while also retaining my duties of an auditor.

20. In July 2019, I continued to conduct an audit of FMTC, which investigation centered upon overdrawn Pell Grants and various other business practices. My findings were highly critical of prior FMTC administration. These written findings were delivered to Mr. Bob Brown and Judy Johnson and included, but were not limited to, the following:

      a. The process for monthly reconciliation between financial aid and student accounts did not exist at the school which is in violation of Department of Education Federal Student Aid Guidelines (as described in the FSA Guidebook, Volume 4, Chapter 5);

b.  The overall process for handling student accounts and financial aid has not been documented;

c.  The turnover at the location and lack of training had compounded the problem;

d.  Federal Pell funds had been incorrectly applied to student accounts in FOCUS often times resulting the school holding more Pell funds back from the student than proper;

e.  VA awards were not applied to a student account in a timely fashion resulting in refunds needing to be issued to students when the VA funds were finally deposited in the FMTC checking account. VA funds are deposited in the FMTC checking account and when it is determined the funds are for a PSA student, FMTC must write a check to PSA so they can apply the funds to the student ledgers. There is a delay in this process which needed to be addressed;

f.  Student Ledgers are not reliable and a full student population review needs to be conducted, not only for the current year, but also prior years. Postings to student accounts must be recorded correctly for the ledgers to show posted charges and payments accurately;

g.  Scholarships, Career-Source grants and other funding sources were not being applied to student accounts in FOCUS in a timely manner, therefore Pell awards and disbursements were often incorrect. Also, no reconciliation process existed;

h.  Not all charges were entered into the student ledgers (application fees, tools, books, etc.) or there had been other disbursements recorded twice in FOCUS, over/understanding the students 1098-T reports;

i.  FY17 1098-T forms were missing some information, therefore making them incorrect;

j.  Career-Source, according to FOCUS, at the time, owed the Defendant over $120,000, however due to the incorrect database data and students not being deferred to Career Source until later, that number may be higher. Some of the money owed is for students who attended as far back as 2016. Individual invoice review will need to be done to determine what the payment status may be. It is possible FOCUS is incorrect and some of those payments have been received.

k.  A review of Student Ledgers vs. Student Schedules found that some students were attending classes or had graduated from the programs without ever being billed for one or more semesters. A billing calendar did

3

not exist at the school until April 2019, when Ms. Johnson was named interim senior director at FMTC. Student ledger reviews should include billing reviews for courses taken;

l.   There were discrepancies between the program disclosure sheets which lists the fees charged to students vs what they are actually charged and deducted from Pell awards or other funding sources in FOCUS;

m.  A funding source titled FMIT MISC had been used to indicate a scholarship award, however that funding source did not note if it was a "need based" scholarship or not. By not recording the funding sources correctly, the Defendant could be losing out on Federal Perkins funding. Each individual scholarship should have its own funding source and "MISC" should never be used;

n.  A review of Financial Aid codes by Ms. Johnson and I,  that are used to calculate the Perkins funding amount for each school, showed they were not accurately marked on each student record. Ms. Johnson directed FMTC and PSA to review current students to ensure the codes were corrected. PSA had set their deadline for this to be May 30, 2019.  I did not know if FMTC had a deadline set by prior management. PSA had put a process document in place for who should originally be marking the codes on their campus. FMTC needed to do the same;

o.  Scholarship criteria should exist for all scholarships available on all campuses. A folder must exist for each scholarship that would include award criteria, who developed the scholarship, what stipulations exist for each, and if a committee is needed to determine awards – who is on that committee and why. Award letters should be included in the folders;

p.  According to Financial Aid and FMTC, the Cost of Attendance (COA as reported on the schools website) has not been reviewed in at least 5 years, however this should be reviewed and updated yearly;

q.  DCF students were not always identified and it was been found that some were charged for courses they had waivers for. A DCF process needs to be put in place;

r.  Dual Enrollment students – Grade 30. It was found that Dual Enrollment student charges were reduced to zero or not charged at all. The school should have been deferring charges to a Dual Enrollment funding source and then billing the School District for those student fees.

s.  A process needed to be documented for book and uniform vouchers that are given out to students by financial aid and/or Career Source. Oftentimes it

4

was found the school would pay the bill from the book or uniform company and then not bill the funding source (usually Career Source);

t.   The financial aid master spreadsheet needed to be updated to include the Career Source award amount in order to ensure over-funding is not happening. This needed to be done for Voc-Rehab as well;

u.   The financial aid master spreadsheet needed to be reconciled with the student ledger postings, and;

v.   There is a Grainger scholarship held in the school's internal fund. It was told to Plaintiff that Grainger allows them to use that money for whatever they want. Financial Aid staff at FMTC told Plaintiff it was Mr. McDaniel who decided what to do with that money.

21.   On June 14, 2019, Dr. Adkins (Superintendent) requested an update on FMTC from Dr. Desamours (Defendant's Chief Finance Officer) in which she provided him a copy of my updated report. (*See* Exhibit E-1).

22.   On June 18, 2019, I completed the internal audit of the PSA as part of my internal audit position and issued one finding to the school for inaccurate student ledgers which upset Mr. Everly. On July 8, 2019, the internal audit exit conference was held to review the findings with Mr. Everly. In attendance were Mr. Everly, Mr. Brown, myself, the school's bookkeeper, and Mr. Everly's secretary. All audit reports are provided at the end of the fiscal year to the school board per school board policy 6.06. (*See* Exhibits F-1 to F-2).

23.   On July 23, 2019, Ms. Johnson provided a written update of the internal ledger review to the Defendant's chief financial officer, which update disclosed the above-described violations and I provided the update of the ledger review process that was still ongoing. (*See* Exhibit G-1).

24.   In August 2019, Ms. Johnson and I discovered that fee disclosure statements for PSA were out of compliance with district and state guidelines. Specifically, our investigation uncovered misappropriation regarding tuition fees and sales tax, which were reported in writing to the Defendant's CFO. Again, Mr. Everly was angry and demanded I be disciplined, in addition to pulling all PSA projects from me even though I was hired to support the changes that needed to be made at FMTC, CCTC and PSA. (*See* Exhibits H-1 to H-8).

25.   On August 16, 2019, Ms. Johnson discovered that the Defendant, specifically the PSA under the direction of Todd Everly, had not set up students' schedules to accurately reflect the actual dates and times the students were attending the classes/courses. In addition, Ms. Johnson observed that the Defendant had systematically scheduled students for 10-hour days, when students are actually only attending class for 9-hours per day. The Defendant explained that employees needs to "fudge" the FOCUS schedules to make them

5

match up with the number of hours on their spreadsheets used to manually schedule students. I explained to the Defendant that the FOCUS system is used to report data directly to the FLDOE WDIS system, for State Workforce funding, Federal Financial Aid/Pell and VA disbursement calculations, and to the Defendant's outside agencies that sponsor their students. Ms. Johnson was adamant that the Defendant cannot over-report instructional hours.

26. Ms. Johnson sent a follow-up email to the Defendant to recap the discussion and the training provided at the meeting on August 20, 2019. When asked if the Defendant could just go back and fix the previous year's inaccurate schedules, Ms. Johnson responded that that year's data has been locked and certified by the superintendent and was no longer available for edit. She also shared with Mr. Everly that the over-reported hours were likely to come up in an audit by the state auditor and would likely result in a finding that could cause the Defendant to return workforce funds to the state and cause findings with federal financial aid awards to students.

27. On September 17, 2019, I sent an email to the Defendant's CFO in response to comments made to her about "friction" between Ms. Johnson and Mr. Everly. I detailed the three major issues Ms. Johnson and I had found in their review of the Public Service Academy, which was under the leadership of Todd Everly. (*See* Exhibits I-1 to I-2).

28. Notwithstanding the above, on or about September 17, 2019, the Defendant promoted Todd Everly to the position of senior director, which Everly became our supervisor. Previously, Ms. Johnson had been Interim Senior Director.

29. On October 4, 2019, our student ledger review was sent to the Defendant, including its Chief Financial Officer, which documented that 55% of ledgers were incorrect or needed correction, 81% were corrected or verified by the audit team, 94% of the incorrect ledgers were for students receiving financial aid, over $23,000 was still owed to students, over $36,000 was uncollectible due to students not being invoiced or fees not collected, and over $5,800 was due back to the funding sources. (*See* Exhibit J-1).

30. On October 10, 2019, after demoting Ms. Johnson back to Director from Interim Senior Director, the Defendant advised that Ms. Johnson was being removed from her position and reassigned to the district office. Ms. Johnson later learned that this was done as part of a complaint made against her by Mr. Everly.

31. Also, on October 10, 2019 in a meeting with Mr. Everly, Dr. Angela Pruitt, Chief Human Resource Officer, Dr. Jeff Spiro, Chief Academic Officer, I was informed of disciplinary action against Ms. Johnson, the reassignment of Ms. Johnson and told by Dr. Pruitt that if I ever spoke to Ms. Johnson again, my career with the Defendant would be over. At the same meeting, Mr. Everly reminded me that he would be completing my annual evaluation to which Dr. Jeff Spiro and Dr. Pruitt immediately told Mr. Everly he could not say that.

32. On November 1, 2019, and as part of my compliance and audit duties, I reported to Everly wrongdoing that was occurring under his watch, including multiple failures to properly complete compliance documentation as required by law. I also provided Everly with written documentation confirming noncompliance with federal Pell Grant awards.

33. On November 5, 2019, Everly retaliated against me by filing a complaint, the immediate result of which was the Defendant removing me from my position and placing me on administrative leave.

34. On March 27, 2020, prior to the completion of the investigation of Mr. Everly's complaint to Professional Standards, Mr. Everly issued me a poor performance review and recommended my contract not be renewed.

35. The Defendant kept me on administrative leave and re-assigned Ms. Johnson to another position, failing to renew our respective contracts, which expired on June 30, 2020. At that time, we were terminated by the Defendant.

36. At no time prior November 5, 2019 was I ever the subject of any discipline or performance issues, which only came about after I released my highly critical audit findings as I had been tasked to do.

37. Brian Mangan (Senior Director of FMTC), Bob Brown (Director of Internal Audit), Mr. Greg Blurton (FMTC Chief Financial Officer), Susan Malay (Executive Director of Business Services), Todd Everly (Senior Director), Dr. Ami Desamours (Defendant's Chief Finance Officer), and Dr. Greg Adkins (Defendant's Superintendent, who is the Defendant's chief executive officer) all had the authority to make reports or recommend corrective action, investigate, police, manage, or otherwise remedy the violations Ms. Johnson and I investigated, uncovered and disclosed in writing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.


_____                    _____
Cheri Russ                                    Date
                                              9-16-20

7

## Re: Process Outline for Student Accounts

Russ, Cheri

Wed 2/27/2019 10:28 PM

**To:** Johnson, Judy <JudyLJ@LeeSchools.net>

Ok, I was planning on being there at 8am.  Should I be there at 7:30?

Sent from my iPhone

On Feb 27, 2019, at 10:14 PM, Johnson, Judy <JudyLJ@LeeSchools.net> wrote:

> I believe both of them are coming over tomorrow.
> Brian asked me to come over in the morning as well.
> See you then!
>
> Sent from my iPad
>
> On Feb 27, 2019, at 9:50 PM, Russ, Cheri <CheriLR@LeeSchools.net> wrote:
>
>> This awesome and I agree with this plan.  I am almost done with the
>> scholarships tonight.  Tomorrow I will ask for program start dates & see if I
>> can figure out if everyone has been billed.  (I know the answer is no because
>> right now people are being billed when there is a Pell disbursement & we
>> catch it.)
>>
>> Are Maria & Susan coming over to FMTC tomorrow?  If not, thats fine.
>> Monday would work too.  I have information gathering to do!
>>
>> Sent from my iPhone
>>
>> On Feb 27, 2019, at 9:36 PM, Johnson, Judy <JudyLJ@LeeSchools.net> wrote:
>>
>>> Hi Cheri,
>>> These are the steps I sent to Brian.  Do you think this covers it?
>>> Have I missed anything?
>>> Thank you,
>>> Judy
>>>
>>> Sent from my iPad
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** "Johnson, Judy" <JudyLJ@LeeSchools.net>
>>>> **Date:** February 27, 2019 at 9:35:04 PM EST
>>>> **To:** "Mangan, Brian" <BrianMM@LeeSchools.Net>

A-1

11/8/2019            Mail - Russ, Cheri - Outlook

**Subject: Process Outline for Student Accounts**

Hi Brian,

Below are the main steps for moving forward on the FMTC student accounts. The steps should be completed in this order:

1.  Ensure all student accounts have been invoiced for any enrolled payment periods.

2. Defer appropriate charges to verified funding sources based on student eligibility. This includes VA, Pell, CareerSource, VA Voc Rehab, Voc Rehab, and any other scholarships.

3. Create invoices to all funding sources with outstanding deferrals.

4. Receive payment to apply all funding source payments to the student accounts.

5. Determine students' remaining outstanding balances.

6. For eligible students, request Pell disbursements, create invoices to PELL, receive payment,    and apply the PELL award to clear remaining student balances.

7. Issue Outside Overage/credit balance checks to applicable students.

I hope this is helpful,
Judy

Sent from my iPad

A-2

# Student Account Issues at FMTC

These are the items that have come to light since Internal Audit began reviewing the school in October when the Pell checking account was found to be overdrawn. The Pell checking account had to "borrow" $10,000 from the FMTC checking account in order to cover the shortage of funds. Administrators at the location were informed, however no communication was received from them asking why or how this happened. Internal Audit immediately began a review of the account since the beginning of FY19 and below are the issues that have been found to date:

- A process for monthly reconciliation between financial aid and student accounts does not exist at the school which is in violation of Department of Education Federal Student Aid Guidelines (as described in the FSA Guidebook, Volume 4, Chapter 5) (https://ifap.ed.gov/fsahandbook/1819FSAHbkVol4.html)

- The overall process for handling student accounts and financial aid has not been documented. Job duties need to clearly established and written.

- The turnover at the location and lack of training has compounded the problem. (Bookkeeper is new; Student Account Specialist is going on #4 in 2 years and there is no training for this position; Information Specialist is new, Financial Aid Coordinator is fairly new)

- Federal Pell funds have been incorrectly applied to student accounts in FOCUS often times resulting the school holding more Pell funds back from the student than what we should.

- VA awards are not applied to a student account in a timely fashion resulting in refunds needing to be issued to students when the VA funds are finally deposited in the FMTC checking account. VA funds are deposited in the FMTC checking account and when it is determined the funds are for a PSA student, FMTC must write a check to PSA so they can apply the funds to the student ledgers. There is a delay in this process which must be addressed.

- Student Ledgers are not reliable and a full student population review needs to be conducted, not only for the current year, but also prior years. Postings to student accounts must be recording a certain way for the ledgers to show accurately. Theses steps should be documented.

- Scholarships, Career Source and other funding sources are not being applied to student accounts in FOCUS in a timely manner, therefore Pell awards and disbursements have often been incorrect. No reconciliation process exists.

- Not all charges have been entered into the student ledgers (application fees, tools, books, etc.) or there have been other disbursements recorded twice in FOCUS, over/understanding the students 1098-T reports.

B-1

- FY17 1098-T forms were missing some information, therefore making them incorrect. (This was an error that was caught this year by Judy Johnson and was corrected for FY18, however this means FY17 was incorrect.)

- Career Source, according to FOCUS, owes LCSD over $120,000, however due to the incorrect database data and students not being deferred to Career Source until later, that number may be higher. A true amount due is not currently known. Some of the money owed is for students who attended as far back as 2016. Individual invoice review will need to be done to determine what the payment status may be. It is possible Focus is incorrect and some of those payments have been received.

- A review of Student Ledgers vs. Student Schedules found that some students are attending classes or have graduated from the programs without ever being billed for one or more semesters. A billing calendar did not exist at the school until April 2019. Student ledger reviews should include billing reviews for courses taken.

- There are discrepancies between the program disclosure sheets which lists the fees charged to students vs what they are actually charged and deducted from Pell awards or other funding sources. (Minimal, but still exists.)

- A funding source of FMIT MISC has been used to indicate a scholarship award, however that funding source does not note if it was a "need based" scholarship or not. We use the amount of "need based" funds that are distributed to students as a factor into what amount of Perkins funds we are given. By not recording the funding sources correctly, we could be losing out on Perkins dollars. Each individual scholarship should have it's own funding source and "MISC" should never be used.

- Review of Financial Aid codes that are used to calculate the Perkins funding amount for each school, were not accurately marked on each student record. The schools are currently reviewing current students to ensure the codes are corrected. PSA has set their deadline for this to be May 30, 2019. I do not know if FMTC has a deadline. PSA has put a process document in place for who should originally be marking the codes on their campus. FMTC needs to do the same.

- Scholarship criteria should exist for all scholarships available on all campus'. A folder must exist for each scholarship that would include award criteria, who developed the scholarship, what stipulations exist for each, and if a committee is needed to determine awards – who is on that committee and why. Award letters should be included in the folders.

- According to Financial Aid and FMTC, the Cost of Attendance (COA as reported on the schools website) has not been reviewed in at least 5 years, however this should be reviewed and updated yearly.

B-2

- DCF students are not always identified and it has been found that some have been charged for courses they have waivers for. A DCF process needs to be put in place.

- Dual Enrollment students – Grade 30. It has been found that Dual Enrollment student charges were reduced to zero or not charged at all. The school should be deferring charges to a Dual Enrollment funding source and then billing the School District for those student fees.

- A process needs to be documented for book and uniform vouchers that are given out to students by financial aid and/or Career Source. Oftentimes it was found the school would pay the bill from the book or uniform company and then not bill the funding source (usually Career Source.)

- The financial aid master spreadsheet needs to be updated to include the Career Source award amount in order to ensure over-funding is not happening. This needs to be done for Voc-Rehab as well.

- The financial aid master spreadsheet needs to be reconciled with the student ledger postings. (The FA advisor turns the cell on the spreadsheet PINK when the amount has been awarded to the student. I have seen some of them that were posted to the student ledger but were not pink on the spreadsheet.)

- There is a Grainger scholarship held in the school's internal fund. It was told to me that Grainger allows them to use that money for whatever they want. Financial Aid told me it was George who decided what to do with that money. In addition, FA says they sometimes use it for DACA (Deferred Act on Childhood Arrivals) students who cannot fill out a FASFA due to their illegal status. This is now allowed at CCTC. I had asked for the school to provide documentation that they are allowed to use those funds for DACA students.

B- 3

Below is a list of the specific projects I left for the school. I was not provided an update on this when I asked. (*Italicized* comments are updates)

**Project Career Source** – on the Master Financial Aid spreadsheet, a Career Source tab has been added. As students are identified as being sponsored by CS, they should be added to the tab with the amounts that CS is agreeing to pay. We asked CS for a list of students they sponsor at FMTC, however they said they are unable to provide a list. They are working with their supervisors to help gather the information. The process for CS students is that their case worker creates at ITA that lists all funding sources the student will be getting and the amounts CS will pay. That form should be scanned into the students account in Focus, and a copy of the ITA kept in alphabetical order in a binder. Gathering all current ITA forms is going to be difficult because we are unsure where they were put in the past. Currently, they only way the school knows the student has CS, is they bill the student for the total due and the student comes to them and tells them CS sponsored them or we see that CS paid for them in the past so we assume they will continue to cover them, which isn't always accurate. Next year, the financial aid department needs to add the CS amount to their calculation for total funding to ensure they are not over-awarding students financial aid which is a federal violation. This has not been done in the past.

> **Update - Career Source** –*The column has been added to the current financial aid spreadsheet and to the one already created for next school year. My suggestion is that either Monica or Chris go through the report that Judy ran for us at the bootcamp meeting on Tuesday, update the financial aid spreadsheet first marking the students with a Y (for Yes they have Career Source) then go through the binders that Ana has created of ITA's that were either found or kept by Lyne & Carrie and then update the financial aid spreadsheet with the total amount awarded on the ITA. If the ITA is not in the book, look on the student Point of Sale in Focus and see if the ITA was uploaded in the notes field. If it was, print it and add it to the book. Once we receive the list of Career Source students from CS, we can compare that to our updated financial aid spreadsheet and make sure we have billed CS for those students in Focus.*

**Project Ledger Review** – *Continue to work on the ledgers, however, prioritize any students who will be receiving a Pell Disbursement. Those need to be fixed as soon as possible. Ledger review is a slow tedious process and basically only Susan and Ana are currently working on this. After the current students have been corrected, we need to look at prior years students and review those ledgers as well.*

**Project Follett** – Follett is the company that the students order the class books from. If the student has a financial need a voucher can be given to them by the school or by Career Source to they can buy their books online, then Follett bills FMTC. Unfortunately there is not a process in place to find out when the vouchers are given out (or for how much) until a bill comes in from Follett listing which students used a voucher what at the school needs to pay. The vouchers need to be entered into the student's account so that the school can bill Career Source (if the student is sponsored by Career Source) for the amount of the books. This hasn't been happening so FMTC would pay the Follett bill and wouldn't recoup the funds from Career Source because they weren't billed for them. All Follett invoices for FY19 were reviewed by me and compared

B-4

to the student accounts. A list of students with amounts that need to be posted to the student accounts was complied. Ana has yet to be taught how to post to student accounts and bill funding sources like Career Source. A process needs to be put in place for reviewing each invoice as it comes in, ensuring the vouchers have been posted to the student accounts and that the funding source is billed. In addition to billing Career Source, they require that a copy of the Follett invoice be provided with only that one student showing. This will entail cutting and pasting portions of the invoice because Follett lists several students per page on their invoices. *I believe this has been completed, but please verify with Ana that she understands this process and that it has been documented.*

**Project Vouchers** - This is similar for the Follett vouchers, however the same needs to be done for uniform and supply vouchers that are given out. The Hamilton invoices, and any other vendor who accepts them, have not yet been reviewed to ensure all were posted to the student accounts. *I believe this has been completed, but please verify with Ana that she understands this process and that it has been documented.*

**Project Voc Rehab** – FMTC needs to identify which students receive Voc Rehab funding and a list kept on the Master Financial Aid spreadsheet. Research needs to be done to find out how we determine what and how much Voc Rehab will pay and how are the billed for the fees. *This should work the same was as Career Source.*

**Project FL Pre-Paid** – FMTC needs to identify which students have a FL Pre-Paid account, and this tab added to the Master Financial Aid spreadsheet. Any documentation pertaining to the students available amount should be scanned into the student account in Focus and a copy kept in the students file.

**Project Bright Futures/Scholarships** – As students are identified as being a Bright Futures or other scholarship recipients, checks need to be cut to the students and the scholarship posted to the student accounts in Focus. The list of FY19 Bright Future scholarship recipients was created and it was noted which ones needed to have the scholarship posted to the account. All other scholarships were reviewed and students were identified who needed to have the awards posted. In addition, for each scholarship available to the school, a folder needs to be created with award criteria and an on-going list of recipients with copies of the award letters. **NOTE:** The school does have a Grainger scholarship and it appears the school can decide who can receive this funding. From what I was told, the only person who makes this decision is Mr. McDaniel. I was unable to find any particular criteria for how the funds can be used. I was told that the Grainger scholarship account can also be used to provide financial aid to DACA students (illegal immigrants who cannot fill out a FASFA for fear of being identified.) This is not permitted at CCTC according to their director, Judy Johnson. I would like for FTMC to provide something in writing from Grainger stating the funds can be used for any financial aid purpose.

**Project R2T4** – it was found that when Pell students withdrew from the school and money was required to be returned to the Feds (this is done with a R2T4 form), that the amount returned, which was now owed back to the school by the student, was not posted to the student account indicating a balance due. A list of those students was complied and those returns need to be posted to the student accounts. *Please verify this has been completed by Susan and Ana.*

B-5

**Project Dual Enrollment** – students who are enrolled in high school but also attending FTMC should not be paying for certain books & fees. There is a list of students who need to be refunded the amounts. In addition, a list of Dual Enrolled students should be complied and the student account indicated as a DE student.

**Project Folders** – All of the student folders in the Student Accounts room should be reviewed and cleaned out. Currently there may be more than 1 folder per student, inactive and active students are combined in one drawer. New tabs should be made and students grouped by program.

**Project VA** – *This was just brought to my attention Tuesday (4/23/19) afternoon. There is a large amount of money in Stephanie's VA account ($29,000) that has not been allocated to student accounts. The Manatee general ledger needs to be reviewed for that account and then have Ana defer and apply the payments in Focus to clear the student's balances. She will then fill out a transfer sheet to tell Stephanie where the money needs to be moved to.*

**Project Billing** – *The billing calendar has been completed for this school year. Please make sure Ana is up to date with the billing process. As I understand it, she has made great strides in collecting from Career Source. The school should be currently working on the billing calendar for next school year.*

**Project Financial Aid Codes** – *Annette and Odette should be reviewing the FA codes in the student schedule record to make sure they are correct. On Tuesday Annette was shown how to run the master report which will allow easy updating of codes if they are found to be incorrect. Deadline for all of these corrections was determined to be June 21st. PSA has committed to a completion date of May 30th.*

B- 6

## RE: Student Account Documents

Russ, Cheri

Wed 4/24/2019 10:07 AM

**To:** Malay, Susan <SusanMMa@LeeSchools.net>

Additional information from Bob:

Bob did the FMTC audit of the Pell account last year and they had 1 finding which was related to the student ledger cards being inaccurate. The exit conference for that was held on June 12' 2018. He was assured by Mr. Mangan that the ledger cards were being worked on.

Changes for the document:

#2 – Actual date is Nov. 16' 2018

#3 – Actual date is Jan. 14' 2019

#5 – Actual date is Feb. 28' 2019

|  | FMTC | CCTC | PSA |
|---|---|---|---|
| Current active enrollment | 391 | 214 | 165 |
| 2018-2019 Withdrawals to date | 395 | 372 | 499 |
| Total served | 786 | 586 | 664 |

*Withdrawls include program completers, no show's and withdrawals for other unknown reasons.

FOCUS availability:

They are able to provide on-site training if needed. Kiffani Irby is our Project Manager and she is located in St. Pete. Per CCTC leadership, Bridgette Adcock used to be the FOCUS administrator for LCSD but she was moved to Innovation Services and is still with the District. When she left, the systems administration became the responsibility of Judy Johnson.

**From:** Malay, Susan
**Sent:** Tuesday, April 23, 2019 6:54 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Subject:** RE: Student Account Documents

Hi Cheri,

Can you please review the attached, updated document, and improve/correct it?

Thank you,
Susan

**From:** Russ, Cheri
**Sent:** Tuesday, April 23, 2019 5:23 PM
**To:** Malay, Susan <SusanMMa@LeeSchools.net>
**Subject:** Student Account Documents

Attached are the two documents. Let me know if you have any questions. I will be available this evening via email or phone. My cell is 239-204-0515.

C-1

## Estimated Annual Grant Funds Received Through 4/23/19

**FY18**

| | Pell | VA | FSAG | State Grant | Career Source | CDDV | Bright Futures |
|---|---|---|---|---|---|---|---|
| FMTC | * $ 1,284,950.84 | * $ 55,113.73 | | | | | |
| FMTC Pell | | | $ 44,121.00 | $ 94,808.00 | $ 105,941.40 | $ 4,819.80 | $ 5,397.00 |
| CCTC | | $ 19,204.00 | | | $ 142,670.00 | | |
| CCTC Pell | $ 813,378.00 | | $ 88,128.46 | $ 57,182.00 | | $ 3,216.10 | $ 11,916.00 |
| SWFLPSA | $ 73,472.26 | $ 4,886.30 | $ 3,499.00 | | $ 16,151.16 | | |
| Totals | $ 2,171,801.10 | $ 79,204.03 | $ 135,748.46 | $ 151,990.00 | $ 264,762.56 | $ 8,035.90 | $ 17,313.00 |

Total @ 3 Locations   $ 2,828,855.05

**FY19**

| | Pell | VA | FSAG | State Grant | Career Source | CDDV | Bright Futures |
|---|---|---|---|---|---|---|---|
| FMTC | * $ 1,123,583.49 | * $ 66,031.70 | | | | | |
| FMTC Pell | | | $ 55,698.00 | $ 34,269.00 | $ 74,774.40 | $ 5,655.00 | $ 8,845.88 |
| CCTC | | $ 18,140.00 | | | $ 98,119.78 | | $ 2,704.90 |
| CCTC Pell | $ 755,648.02 | | $ 91,176.38 | $ 26,618.00 | | $ 4,020.10 | |
| PSA | $ 53,933.01 | $ 31,430.30 | $ 2,470.00 | | $ 15,849.92 | | |
| Totals | $ 1,933,164.52 | $ 115,602.00 | $ 149,344.38 | $ 60,887.00 | $ 188,744.10 | $ 9,675.10 | $ 11,550.78 |

* $ 2,463,648.06   *Audit in progress for FY18 & FY19*

Total @ 3 Locations   $ 2,468,967.88
$ 5,297,822.93
*Total over 2 yrs @ 3 Locations*

| | Career Source Billed in FY19 | Amount Currently Owed to LCSD for FY19 only |
|---|---|---|
| FMTC | $ 115,638.15 | $ 40,863.75 |
| FMTC Pell | | |
| CCTC | $ 121,894.35 | $ 23,774.57 |
| CCTC Pell | | |
| SWFLPSA | $ 15,849.92 | $ - |
| Totals | $ 253,382.42 | $ 64,638.32 |
| | | $ 127,677.40 |

Career Source:   Currently owed to LCSD for all location dating back to 2/11/2016

Delay is due to billing issues/CS slow payments/follow-ups

| | Total* Cash/Checks/Cards Processed FY18 | Total* Cash/Checks/Cards Processed FY19 |
|---|---|---|
| FMTC | $ 1,882,424.23 | $ 1,464,117.37 |
| FMTC Pell | $ 1,329,071.84 | $ 1,183,361.32 |
| CCTC | $ 1,108,499.55 | $ 938,532.78 |
| CCTC Pell | $ 914,321.46 | $ 852,441.00 |
| SWFLPSA | $ 1,329,065.66 | $ 1,160,774.75 |
| Totals | $ 6,563,382.74 | $ 5,599,227.22 |

*From all sources

**Legend:**

Pell - Pell Grand Funds
VA - Veterans Affairs Payments
FSAG - Florida State Assisted Grant
State Grant - .20/hr charged to each student - funds held in district account for gap funding
Career Source - The amount listed is what has been received from Career Source
CDDV - Children of Disabled Veterans
Bright Futures - Awarded based on student academic achievement

C-2

# Student Accounts Report

1. Internal Audit became aware of a reconciliation failure of the Pell checking account at FMTC in October of 2018.
   a. Monthly checking account reconciliations are performed at each location. There have been no issues with CCTC nor SWFLPSA.
   b. Internal Audit reviewed all Pell disbursements processed at FMTC since July of 2018 and revealed the Pell disbursements were not being allocated correctly.
   c. It was found during that audit, that the student ledgers in Focus were often incorrect.
   d. Pell funds were not always disbursed correctly and were held from students due to incorrect deferrals of other funding sources on the student ledgers in Focus.
   e. VA payments were received by the school but were not posted to the student ledgers in Focus resulting in students not receiving credit for those funds.
   f. 1098T forms issued to students in FY18 & FY19 were sometimes incorrect due to Focus setup issue and posting errors on the student ledgers.
   g. Financial aid codes not being correctly indicated on the student schedule record in Focus potentially lowered the Districts amount of Perkins funding received. *Financial aid codes are currently being reviewed by each location and all errors are to be corrected by June 21st.*
2. Internal Audit provided guidance in identifying the issues that need to be addressed.
3. It is recommended that a comprehensive and consistent student account reconciliation process be put in place at all three locations to ensure funds have been received and posted to the student ledgers correctly and in a timely fashion.
4. Judy Johnson began holding weekly "bootcamps" with her staff in the Fall invited FMTC & SWFLPSA staff to attend. It is recommended that this weekly meeting be mandatory for all three locations in order to maintain similar processes at all campus locations.
5. FMTC has begun the process of reviewing current students ledger cards and making corrections, however this is a very slow and tedious process.

C-3

RE: Is this a scam??

**Russ, Cheri**
Wed 4/24/2019 1:50 PM
To: Wright, Stephanie <StephanieWr@LeeSchools.net>
Forward that to me

---

**From:** Wright, Stephanie
**Sent:** Wednesday, April 24, 2019 1:48 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Subject:** Is this a scam??

The School District of Lee County <noreply@leeschools.net>     wright, stephanie

Technical College Audit Finding

Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message

**NOTICE: This message originated outside of the District's network and MAY BE A SCAM. Please do not share personal information unless you are certain of the authenticity of the message.**

Good afternoon.

Prior to winter break our CFO and Internal Audit Department identified issues regarding the management of grant funding at Fort Myers Technical College (FMTC). The CFO and Internal Audit was working with FMTC to resolve the issues.

Late yesterday it was brought to the district's attention the seriousness involving mismanagement of grant funding at Fort Myers Technical College. While the district investigates this matter, the follow plan will be implemented:

- Judy Johnson. Interim Senior Director at Fort Myers Technical College
- Kim Brooks. Interim Director at Cape Coral Technical College
- Brian Granstra. Interim Assistant Director to support both campuses

Information relating to the extent of the concern, needed corrective action and consequences is being further investigated and information will be provided as appropriate.

Internal Audit has determined that Southwest Florida Public Service Academy and Cape Coral Technical College are practicing consistent management of grant funds.

Thank you.

---

Stephanie Wright
Bookkeeper

**FMTC**

FORT MYERS TECHNICAL COLLEGE
3800 Michigan Ave
Fort Myers, FL 33916
Phone: 239-334-4544 Ext. 308
Fax: 239-332-4839
StephanieWR@LeeSchools.net

D-1

**From:** Desamours, Dr. Ami
**Sent:** Friday, June 14, 2019 10:18 AM
**To:** Adkins, Dr. Greg <GregAD@LeeSchools.net>
**Cc:** Johnson, Judy <JudyLJ@LeeSchools.net>; Everly, Todd <ToddGE@LeeSchools.net>; Cox, Sarah <SarahMC@LeeSchools.Net>; Marzzacco, April <AprilRM@LeeSchools.net>; Russ, Cheri <CheriLR@LeeSchools.net>
**Subject:** FMTC update

Hi Dr. Adkins-

As you requested.  Let us know if you need anything else, or have questions.

# Ami Desamours
Chief Financial Officer
School District of Lee County
(239)337-8217
amivd@leeschools.net

E-1

# POLICY  The School Board of Lee County  6.06

**Related Entries: (Not identified at this time)**

## Audits

Funds expended by the District will meet all requirements of Florida Statutes, State Board of Education Rules and will use current professional accounting practices.

(1)   District Audits

    (a)   Financial, operational and performance audits shall be performed pursuant to Florida Statutes and State Board of Education Rules.

    (b)   The School Board shall select an independent auditor to perform the annual financial audit of the District when the Auditor General has not provided notice it will perform the financial audit. The audit will be completed within nine (9) months immediately following the fiscal year end.

        1.   Selection of the auditor shall involve an audit committee.

        2.   If an independent auditor is used, the audit shall be provided by a certified public accounting firm duly licensed under chapter 473 and qualified to conduct audits in accordance with government auditing standards adopted by the Florida Board of Accountancy.

        3.   At the conclusion of the audit, the auditor shall discuss with the Chairman of the School Board or designee, all of the auditor's comments that will be included in the audit report.

(2)   Internal Accounts Audit

    (a)   The school board shall provide for an annual audit of internal funds.

    (b)   Each principal shall report in writing to the auditor of internal accounts within 10 days of receiving an audit report. The annual written report shall address the audit report and any discrepancies cited therein.

    (c)   The Superintendent may direct an audit of a school's internal accounts without prior notification.  Such audits may be conducted by a School District employee or an independent accounting firm.

    (d)   The audit report shall be presented at a meeting of the school board and filed as a part of public record.

F-1

Audits                                                                    Policy 6.06

46   **STATUTORY AUTHORITY**:        11.45, 218.39, 218.391, 1001.41, 1001.42, 1001.43,
47                                    1011.07, F.S.; and SBER 6A-1.087
48
49   Adopted:  10/9/12

F-2

## RE: FMTC update

Russ, Cheri

Tue 7/23/2019 8:19 AM

**To:** Desamours, Dr. Ami <AmiVD@LeeSchools.net>
**Cc:** Judy Johnson (JudyLJ@LeeSchools.net) <JudyLJ@LeeSchools.net>

Good morning,

Our progress has slowed quite a bit. I am still working 50% of the time in Internal Audit and Sarah and April have been busy with their regular jobs as well. I do have some updated numbers for you however. They are:

496 ledgers have been reviewed
40% of those needed some sort of correction
85% of the 40% have been fully corrected
$7397.35 is owed to students
$3106.00 is owed to funding sources
$2057.00 cannot be collected
We are half-way through the list that we wanted to review (FY19 & FY20 students)

I would caution that the number of ledgers needing correction as reported above is low due to the number of new students that we have reviewed. We started reviewing the FY20 students to ensure they started with clean ledgers. The majority of those had not had any transactions yet, therefore the ledgers were perfect. As we finish with the 18-19 school year, I do expect the number needing correction to be higher and the financial impact to grow.

On a positive note: The Financial Aid Processes and Procedure Handbook AND Student Services Handbook have been completed and encompasses procedures for all three locations. The schools worked closely together as a team to ensure continuity at all schools. Financial Aid files have been re-organized and created for FY19 & FY20 students. Reconciliation processes are being created to ensure verification of financial aid transactions. CUM files are currently being reviewed to ensure all required documentation is in place. We have begun to utilize the time tracking feature in FOCUS which will make it easier and more accurate tracking of scheduled hours vs. attended hours and make it easier to pull satisfactory progress reports for students. We are making great progress in these areas.

Please let me know if you have any questions.

Thank you,
Cheri

**From:** Desamours, Dr. Ami
**Sent:** Tuesday, July 23, 2019 6:47 AM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Subject:** FW: FMTC update

Hi Cheri-

Hope all is well out there! I need to update the superintendent on the numbers I referenced in this letter. I know there was a spreadsheet with this information, but I cant find it in google drive. Can you send me updated numbers on where we are with the review of files and totals on inaccuracies? Sorry to ask at last minute, I thought I could locate the info myself. Thanks!

G-1

## RE: Fee Disclosure Sheets _ PSA

Russ, Cheri

Thu 8/8/2019 2:51 PM

**To:** Everly, Todd <ToddGE@LeeSchools.net>

Thanks Todd. I will be researching the appropriate language and will provide you with the verbiage as soon as I am able.

Cheri

**From:** Everly, Todd <ToddGE@LeeSchools.net>
**Sent:** Thursday, August 8, 2019 2:18 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Cc:** Johnson, Judy <JudyLJ@LeeSchools.net>; Sims, Gene <GeneFS@LeeSchools.net>; Cox, Sarah <SarahMC@LeeSchools.Net>; Marzzacco, April <AprilRM@LeeSchools.net>; Henshaw, Rosa <RosaLH@LeeSchools.Net>
**Subject:** Fee Disclosure Sheets _ PSA

Cheri,

I hope your day is going well. I, again want to thank you for looking into best practices regarding our Fee Disclosure Sheets to ensure we have a cleaner reporting of monies identified for our multiple Short Course Instructors used for each cohort. As we discussed in the meeting we had with Sarah and April, it was of the opinion by adding a disclaimer stating additional fees could be used to pay instructor salaries; I would like for you to provide some language to be used on our current Fee Disclosure Sheets that would help mitigate any concerns related to "Misrepresentation of Financial Charges" until a new disclosure format can be reviewed and approved for distribution. It is my intent to only place the language you feel would help with these concerns until such time we develop a new format that is agreed upon.

Again, thank you for your commitment to better our business practices and I look forward to working with you on this project.

Sincerely,

# Todd G .Everly

Todd G. Everly, M.P.A. | Academy Director | SWFL Public Service Academy
4312 Michigan Ave. | Fort Myers, FL 33905 | Phone (239) 334-3897 | Direct (239) 226-9226

www.swfpsa.org
ToddGE@leeschools.net



Sunshine Law and Public Records Caution:
Most E-mail communications made or received by District staff are considered public record

H - 1

Mail – Russ, Cheri - Outlook

## RE: Costs Associated with Fee Disclosures

**Russ, Cheri**

Wed 8/21/2019 2:24 PM

**To:** Everly, Todd <ToddGE@LeeSchools.net>
**Cc:** Johnson, Judy <JudyLJ@LeeSchools.net>

📎 5 attachments (246 KB)

CO - Disclosure Breakdown - CO to LE.xlsx; CO - Disclosure Breakdown - CO.xlsx; LE - Disclosure Breakdown - EOT - LE.xlsx; LE - Disclosure Breakdown - Law Enforcement.xlsx; LE - Disclosure Breakdown - LE to CO.xlsx;

Just in case you need them here are all the disclosure sheets I have done so far.

**From:** Everly, Todd <ToddGE@LeeSchools.net>
**Sent:** Wednesday, August 21, 2019 2:14 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Cc:** Johnson, Judy <JudyLJ@LeeSchools.net>
**Subject:** RE: Costs Associated with Fee Disclosures

Cheri,

First and foremost, thank you for your hard work on revamping the Law Enforcement Fee Disclosure Sheet. Understanding when we started this project and with yesterday's validation from the Business Services Department, I have made the decision to complete the remaining fee disclosure sheets and will work with Director Johnson before dissemination.

Thank you again for working on this project and I will take the project over from here.

Sincerely,

# Todd G .Everly

Todd G. Everly, M.P.A. | Academy Director | SWFL Public Service Academy
4312 Michigan Ave. | Fort Myers, FL 33905 | Phone (239) 334-3897 | Direct (239) 226-9226

www.swfpsa.org
ToddGE@leeschools.net



Sunshine Law and Public Records Caution:
Most E-mail communications made or received by District staff are considered public record that must be retained and, upon request, made available to the public and media.

H-2

**From:** Russ, Cheri <CheriLR@LeeSchools.net>
**Sent:** Monday, August 19, 2019 4:03 PM
**To:** Benavides, Llilys <LlilysB@LeeSchools.net>
**Cc:** Everly, Todd <ToddGE@LeeSchools.net>
**Subject:** Costs associated with Fee Disclosures

Good afternoon Lily,

When we met and discussed the actual costs of items listed on the Fee Disclosure for Law Enforcement, did the cost of the items include shipping & tax? If not, we need to adjust the amounts to include those.

The attached spreadsheet shows actual costs that you provided me with that day (rounded to the nearest dollar). Please see the second tab & the yellow highlighted cells. Let me know if there are any changes.

If you have any questions, please don't hesitate to ask! (I will be in Internal Audit Tuesday & Wednesday)

## *Cheri Russ, Business Process Analyst*

**Lee County Technical Colleges**
3800 Michigan Ave.
Fort Myers, FL 33916
*239-334-4544 ext. 251*

https://www.fortmyerstech.edu/
https://www.capecoraltech.edu/
http://swfpsa.org/

H-3

## Re: Costs associated with Fee Disclosures

Russ, Cheri

Tue 8/20/2019 7:52 PM

**To:** Everly, Todd <ToddGE@LeeSchools.net>
**Cc:** Benavides, Llilys <LlilysB@LeeSchools.net>
**Bcc:** Johnson, Judy <JudyLJ@LeeSchools.net>

Todd,

That is incorrect.  If you are collecting fees to pay for specific items, then you are required to pay tax on those items.  That is a Department of Revenue rule, not our own.  If you are collecting fees to cover the cost, then you are technically re-selling the items therefore your school must pay sales tax.  If you were to purchase those items and not charge any fees, then yes, the purchase would be tax exempt.  Our tax exemption is only for items that our schools/locations use for their own purpose (like paper, warehouse supplies, etc.)

This same scenario has come up with K-12 schools when they purchase tickets to to go Universal Studios for Grad Night.  The schools purchase the tickets for the student to go, however they collect the cost of the ticket from the student, therefore they must pay tax on the ticket costs.  Same example is for cheerleading uniforms,  the schools charge a fee for the uniforms, the students keep them, so the schools must pay tax on the purchase.

Cheri

**From:** Everly, Todd <ToddGE@LeeSchools.net>
**Sent:** Tuesday, August 20, 2019 7:16 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Cc:** Benavides, Llilys <LlilysB@LeeSchools.net>
**Subject:** RE: Costs associated with Fee Disclosures

Cheri,

I spoke with Llilys today and all of our supplies are tax exempt. The costs for our supplies that were previously shared with you include shipping.

Thanks,

# Todd G .Everly

Todd G. Everly, M.P.A. | Academy Director | SWFL Public Service Academy
4312 Michigan Ave. | Fort Myers, FL 33905 | Phone (239) 334-3897 | Direct (239) 226-9226

www.swfpsa.org
ToddGE@leeschools.net



H-4

Sunshine Law and Public Records Caution:
Most E-mail communications made or received by District staff are considered public record
that must be retained and, upon request, made available to the public and media.

**From:** Russ, Cheri <CheriLR@LeeSchools.net>
**Sent:** Tuesday, August 20, 2019 3:56 PM
**To:** Benavides, Llilys <LlilysB@LeeSchools.net>
**Cc:** Everly, Todd <ToddGE@LeeSchools.net>
**Subject:** RE: Costs associated with Fee Disclosures

Following up... ??

**From:** Russ, Cheri
**Sent:** Monday, August 19, 2019 4:03 PM
**To:** Benavides, Llilys <LlilysB@LeeSchools.net>
**Cc:** Everly, Todd <ToddGE@LeeSchools.net>
**Subject:** Costs associated with Fee Disclosures

Good afternoon Lily,

When we met and discussed the actual costs of items listed on the Fee Disclosure for Law Enforcement, did the cost of the items include shipping & tax?  If not, we need to adjust the amounts to include those.

The attached spreadsheet shows actual costs that you provided me with that day (rounded to the nearest dollar). Please see the second tab & the yellow highlighted cells.  Let me know if there are any changes.

If you have any questions, please don't hesitate to ask!  (I will be in Internal Audit Tuesday & Wednesday)

*Cheri Russ, Business Process Analyst*
Lee County Technical Colleges
3800 Michigan Ave.
Fort Myers, FL  33916
*239-334-4544  ext. 251*

https://www.fortmyerstech.edu/
https://www.capecoraltech.edu/
http://swfpsa.org/

H-5

## RE: Short Course Instructor Payroll Sheet

Russ, Cheri

Wed 8/21/2019 2:11 PM

**To:** Everly, Todd <ToddGE@LeeSchools.net>
**Cc:** Johnson, Judy <JudyLJ@LeeSchools.net>

So noted.

Thanks,
Cheri

**From:** Everly, Todd <ToddGE@LeeSchools.net>
**Sent:** Wednesday, August 21, 2019 1:37 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Cc:** Johnson, Judy <JudyLJ@LeeSchools.net>
**Subject:** RE: Short Course Instructor Payroll Sheet

Cheri,

Regarding your response to the below email, please use this email chain as your documentation. In the event there is ever an audit, the Business Services Department and I will work together to gather the information requested.

At this point, I am asking that you distance yourself from this topic and if I require any further assistance from you I will reach out.

Thank you again for working with us and have a nice day.

Sincerely

# Todd G .Everly

Todd G. Everly, M.P.A. | Academy Director | SWFL Public Service Academy
4312 Michigan Ave. | Fort Myers, FL 33905 | Phone (239) 334-3897 | Direct (239) 226-9226

www.swfpsa.org
ToddGE@leeschools.net



Sunshine Law and Public Records Caution:
Most E-mail communications made or received by District staff are considered public record
that must be retained and, upon request, made available to the public and media.

**From:** Russ, Cheri <CheriLR@LeeSchools.net>

H-6

**To:** Everly, Todd <ToddGE@LeeSchools.net>
**Subject:** Re: Short Course Instructor Payroll Sheet

Todd,

Can you provide me with the official recommendation from the Budget Department? I would like to have this on record and documented if this should ever come up in an Federal audit. That will be critical information showing we have identified the concern, and confirmed with all authorities that we are doing things correctly.

Thanks and good night!

Cheri

**From:** Everly, Todd <ToddGE@LeeSchools.net>
**Sent:** Tuesday, August 20, 2019 8:32 PM
**To:** Cox, Sarah <SarahMC@LeeSchools.Net>
**Cc:** Desamours, Dr. Ami <AmiVD@LeeSchools.net>; Johnson, Judy <JudyLJ@LeeSchools.net>; Russ, Cheri <CheriLR@LeeSchools.net>
**Subject:** RE: Short Course Instructor Payroll Sheet

Sarah,

As always, it was great talking with you today and promptly addressing any concerns associated with budget and disclosure of funds with the Internal Audit department. With the additional questions raised today that I had the institutional knowledge on regarding instructors being utilized to maintain equipment, repair, and replacement necessary to complete our Public Safety programs, I want to thank you for the discussion and recommendation from your office. As stated in our conversation, the instructors that teach within our cohorts also hold the required certified repair technician certificates that minimize any potential human resource risks associated with our training equipment. If we were to send this equipment out, the costs would triple and the return time would hinder our ability to complete classes.

Also as mention, I have provided you a sample of our internal time sheets that each instructor fills out monthly delineating what classes they are instructing or what extra activities they are used for. We keep all pay sheets for five years to meet any retention requirements for auditing purposes. As it relates to a written contract with the Lee County Sheriff's Office vehicle maintenance department, I have found that there is not a written contract that has been established before my tenue as the Director. The reason for LCSO to work on our training vehicles is the district's maintenance garage does not have the expertise to work on public safety vehicles related to the light packages, sirens and other emergency equipment. Also we experience a faster turnaround of our vehicles which does not hinder our training. We will be reviewing our current vehicle maintenance program that we do in house and will be tying it more to the dates of our Defensive Driving training dates to help tie those hours to the programs.

Cheri has been working hard to identify a better process for all of the Technical Colleges and we are working on our Fee Disclosure Sheets to better delineate those costs. I again want to thank you for your efforts today, and I stand ready to answer any questions you may have to better our processes.

Sincerely,

# Todd G .Everly

H- 7

4312 Michigan Ave. | Fort Myers, FL 33905 | Phone (239) 334-3897 | Direct (239) 226-9226

www.swfpsa.org
ToddGE@leeschools.net



Sunshine Law and Public Records Caution:
Most E-mail communications made or received by District staff are considered public record
that must be retained and, upon request, made available to the public and media.

**From:** Cox, Sarah <SarahMC@LeeSchools.Net>
**Sent:** Tuesday, August 20, 2019 3:33 PM
**To:** Everly, Todd <ToddGE@LeeSchools.net>
**Subject:** RE: Short Course Instructor Payroll Sheet

We are OK with the extra activities, such as demonstrations for rotary, cleaning of the guns/equipment. Ami was OK with paying the short course instructors at their rate for those activities and charging them to the short course instructor account. She did have questions about the mechanics piece and we'd like to see what is worded in the contract.

Thank you.

## Sarah Cox
**Coordinator, Budget**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** (239) 337-8216
sarahmc@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | PASSIONATE | PROGRESSIVE

    

Thank you for contacting the Budget department. Please take a few moments to complete the survey below to provide valuable data to assist us with providing excellent customer service.

Link to Customer Service Survey

H-8

**From:** Desamours, Dr. Ami <AmiVD@LeeSchools.net>
**Sent:** Sunday, September 29, 2019 9:12 PM
**To:** Russ, Cheri <CheriLR@LeeSchools.net>
**Subject:** Re: Follow-up

Hello, Cheri-

To my knowledge, all the issues listed below have been discussed and resolved. As we know now, Todd is the appointed Sr. Director, and we will do all that we can to support him and all staff in accomplishing the goal you reference below of helping our technical colleges run smoothly and efficiently.

**From:** Russ, Cheri <CheriLR@LeeSchools.net>
**Sent:** Tuesday, September 17, 2019 1:47 PM
**To:** Desamours, Dr. Ami <AmiVD@LeeSchools.net>
**Subject:** Follow-up

Good afternoon Ami,

Thank you for taking the time to talk with me this weekend, I really do appreciate that. There was something you said about the conflict between Todd and Judy that made me stop and think and this is where I believe that began. First, there is a scheduling and reporting instructional hours issue through FOCUS that was found at the Public Service Academy. We have just begun the transition from one attendance tracker, TMS, to the attendance feature already included in FOCUS. This was a cost saving decision with many other benefits including having all data in one system. And because FOCUS is the means in which we report state data, it only makes sense to report attendance vs. scheduled hours in one place with instant verification.

There was a discrepancy in attendance hours for a financial aid student at PSA and Odette needed clarification. Judy took the questions to Carmen (the Info Specialist at PSA) and began discussing the schedules as they were entered in FOCUS. Upon reviewing the hours reported (see the screen shot below) the courses are reporting 8 hours of instruction, however due to lunch, the students are only receiving 7 actual hours of instruction. In addition, we have billed VA and disbursed Pell payments and told them the students received 8 hours of instruction per day, however in FOCUS, with the schedules being set up the way the are, it appears they did not.

Judy had the discussion with Todd and Carmen and explained that we could correct the schedules for this fiscal year and offered her assistance in helping Carmen correct all programs, but there was no way to go back to correct the hours for prior years because those reporting windows were closed and the students are gone. She followed up with emails & screen shots on how to re-do the schedules correctly. PSA has decided not to use the FOCUS attendance module and they have gone back to using the TMS system for the time being. The reporting of instructional hours incorrectly could potentially be an outside audit finding if it is identified. We are still trying to work with the staff at PSA to make the changes necessary to correct the conflict. We have documented it and what PSA is to do correct it so we can show we have resolved the issue. As of now, we are waiting to hear back from the staff and PSA on their progress.

The second issue is with the short-course instructors. When we were putting data together about program costs and comparing that with our budgets, tuition and fees, I learned about short-course instructors and how they are paid at PSA. Todd explained that there are many other things those instructors are paid for that do not relate to course instruction and sometimes no direct program relation at all. I understand that is probably the case, but I needed the actual hours they did instruction so I could determine the true cost to provide that program to students. It was at that point that he pulled the project from me, told me he would do it himself and that I should distance myself from the subject.

And third, when I found that sales tax was not being paid on items that are re-sold at PSA (again, this came up because I was reviewing the program costs) Todd quickly moved me out the conversations and excluded me from the emails. I could have answered any question he had regarding the issue had I been asked. Finally, after emailing Sarah & Bob, he asked me to meet with Llilys, his bookkeeper (which I have) to go over the process of creating an internal PO and paying the vendor or collecting the tax from the students and remitting that tax. We really are here to guide them, help them,

I-1

and improve on issues that we come across. I believe he gets very defensive if something looks incorrect and that is why Judy and I have already changed our approach on a subject. We have to be able to work as a whole unit in order to make things better and work for everyone easier. That is truly our goal.

All of this is another critical reason why LCTC needs to have a Senior Director who understands not only the reporting requirements but the software as well. If there are differences in opinions between the schools, we will find ourselves acting as separate entities again instead of continuing to move forward with the unification of standards, processes and teamwork. Our desire is strong to make our technical colleges shining stars in our community and to make our school district proud and we need a central leader to do that.

Thanks for listening once again,

Cheri



*Cheri Russ, Business Process Analyst*
**Lee County Technical Colleges**
3800 Michigan Ave.

## 2018-2019 Ledger Review

Russ, Cheri

Fri 10/4/2019 9:57 PM

**To:** Everly, Todd <ToddGE@LeeSchools.net>; Johnson, Judy <JudyLJ@LeeSchools.net>
**Cc:** Brooks, Kimberly <KimberlyAB@LeeSchools.Net>; Rose, Susan <SusanRo@LeeSchools.net>; Desamours, Dr. Ami
<AmiVD@LeeSchools.net>; Cox, Sarah <SarahMC@LeeSchools.Net>

Good evening,

I am happy to report that we have completed the 2018-2019 FMTC ledger reviews to the best of our
ability with the staff we were provided. I could not have reached this deadline without the full support
& cooperation of Susan Rose from CCTC for the past two weeks. She should be recognized for her
dedication and willingness to to help out in any way she was asked and for Kim Brooks for allowing
Susan to have the time to assist our school. I also need to thank Director Judy Johnson for her
knowledge and expertise regarding the financial aid reporting and the FOCUS software procedures that I
could not have gotten elsewhere.

As I promised Dr. Desamours, we have reviewed all students who had any kind of financial transaction
during the 2018-2019 school year. The total number of students reviewed was 817 ledgers. Fifty five
percent of the total student ledgers had some issue that was incorrect. Of the the students who
received some sort of financial aid, 94% of those ledgers had an issue and the ledgers were incorrect.

There have been 29 students that we have identified that we owe money to for a total of $31,113.86.
We are currently re-reviewing those students to ensure the amounts are correct and have verified 59%
of those ledgers. We are going to re-review 100% of those students before we begin to issue refund
checks.

Sarah Cox chose 47 students or 5% of the ledgers to validate. She has completed that process but has a
question on only two students that are procedural and will not affect the total amount due.

We have all learned a great deal as we have lived through this process and because of that have
developed a solid plan to review prior years transactions. We will make recommendations to the
Internal Audit department for changes in the audit program so that several critical issues will be
reviewed annually. I will review this process with Sarah Cox prior to beginning the review of previous
years if this is the direction we are given.

It is my recommendation that before we begin a previous year review, that we do a full review and
documentation of the Public Service Academy transactions. Because the number of students who had
financial aid that had incorrect ledgers was as high as it was and PSA falls under that umbrella (FMTC
handles their students financial aid) that we ensure those ledgers are correct as well. I will wait for
further direction prior to proceeding.

I will work closely with Sarah Cox to develop the report that will be provided to Dr. Spiro and Dr.
Desamours as to the full extent of the review. I understand it will be her ultimate decision as to the
detailed information that is provided.

Please let me know if you have any questions.

J-1