UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERI RUSS, an individual, and JUDITH JOHNSON,
an individual

    Plaintiffs,

v.                                  CASE NO.: 2:20-cv-00484-JLB-MRM

THE SCHOOL BOARD OF LEE COUNTY,
FLORIDA, a political subdivision of the State of
Florida,

    Defendant.

_____/

## AFFIDAVIT OF TODD G. EVERLY

I make the following verifications pursuant to 28 U.S.C. §1746 and under penalty of perjury:

    1.    I am over the age of 18 and am competent to make this Declaration. I am duly authorized to make this Declaration and am doing so based upon my personal knowledge.

    2.    I am the Senior Director of SWFL Public Service Academy & Lee Technical Colleges for the School District of Lee County, the Defendant in this action (the "District"). I have held the Senior Director position since September 18, 2019. As Senior Director I oversee the District's technical colleges, including Fort Myers Technical College ("FMTC") and the Public Service Academy ("PSA"). Prior to becoming the Senior Director, I was the Director of PSA. As Director of PSA, I had no authority over or responsibility for FMTC.

    3.    As Senior Director, I report to the Chief Academic Officer. I do not report directly to the Superintendent or to the School Board.

    4.    As Senior Director, my job does not involve conducting investigations or making investigatory reports.

5. I am familiar with the Plaintiffs, Cheri Russ and Judith Johnson. After I became Senior Director, I had supervisory authority over Ms. Russ and Ms. Johnson while they worked at the technical colleges.

6. I am familiar with the internal audit review conducted regarding Pell grant funds at FMTC, which began on or around April 24, 2019. I am aware Ms. Russ was a member of the audit team conducting the review. To the best of my knowledge, Ms. Russ was never the lead auditor on this matter. Instead, the audit team was to be led by Coordinator Sarah Cox, who reported to the Director of Internal Audit and the District's Chief Financial Officer.

7. I requested Ms. Russ distance herself from her review of the short court instructor pay matter because it had already been handled with approval from Ms. Cox and Dr. Ami Desamours, the District's Chief Financial Officer. Additionally, Ms. Russ was supposed to be focusing on completing the internal audit review of FMTC.

8. I was not angry at Ms. Russ nor did I ever demand she be disciplined for any issue regarding PSA fee disclosure statements.

9. After learning there was a discrepancy in student attendance schedules at PSA due to the challenges with a transition from the TMS tracking program to the FOCUS tracking program, I worked actively with Ms. Johnson until the issue was resolved. The discrepancy was caused by a technical issue, not by any sort of intentional act or decision made by me or anyone at PSA. I certainly never said employees needed to "fudge" schedules, nor am I aware of anyone at PSA who made such a statement. I do not recall Ms. Johnson stating to me that over-reported hours were likely to come up in a state audit or result in an adverse finding regarding student financial aid.

10. The internal audit review of FMTC was completed sometime in October 2019. This audit involved the 2018-19 school year, when I was not the Senior Director. An internal audit review of the PSA for the 2018-19 was completed with no reportable findings.

11. I was present at a meeting sometime in October 2019 with Ms. Russ, Jeff Spiro, the District's Chief Academic Officer, and Angela Pruitt, the District's Chief Human Resources Officer. The purpose of this meeting was to discuss my continued concerns regarding Ms. Russ not following her chain of command and her demeanor towards me. While I did mention during the meeting that I would be completing Ms. Russ's annual evaluation, I did so in the context of trying to explain that I was her supervisor and that she needed to follow the chain of command. Dr. Pruitt did not tell Ms. Russ that if she ever spoke to Ms. Johnson again her career at the District would be over.

12. In November 2019, Professional Standards investigated allegations that Ms. Russ forwarded confidential information to someone outside the District, that Ms. Russ did not follow her supervisor's directions, and that Ms. Russ worked on projects not associated with the District during her District work hours. Ms. Russ was suspended with pay pending the outcome of the investigation.

13. I was a decision-maker regarding the non-reappointment of Ms. Russ's annual contract. Brian Magnan, Bob Brown, Greg Blurton, and Dr. Ami Desamours were not decision-makers regarding the non-reappointment of Ms. Russ's annual contract. Ms. Russ was non-reappointed primarily because of insubordinate behavior, disclosing confidential information, and working on projects not associated with the District during her District work hours.

14. I was not a decision-maker regarding the non-reappointment of Ms. Johnson.

15. I was copied on the email from Dr. Desamours to Dr. Gregory Adkins, the District's Superintendent, which Plaintiff Cheri Russ attached to her Declaration dated September 16, 2020 as Exhibit E-1. Dr. Desamours' email attached a memorandum dated June 14, 2019 from Dr. Desamours to Dr. Adkins. A true and correct copy of the memorandum is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Todd G. Everly
Date: 12/14/2020

## MEMO FROM . . .

**AMI DESAMOURS**
**CHIEF FINANCIAL OFFICER**
Phone: (239) 337-8217
Fax: (239) 335-1501
email: <u>AmiVD@leeschools.net</u>



TO:   Dr. Adkins

DATE: June 14, 2019

RE:  Fort Myers Technical College Financial Review Update

Since the beginning of May, Sarah Cox, Cheri Russ, and April Marzzacco have been at Fort Myers Technical College reviewing financial records related to financial aid. They determined the key personnel involved in the process, access and privileges in FOCUS and other software systems to determine appropriate segregation of duties, researched all the applicable financial aid sources and rules and regulations concerning each, and formulated an action plan to examine financial aid records for current students to determine corrective actions.

In their examination of students from the 2018-2019 year:
- 777 students were registered
- 39% of them have been reviewed for accuracy
- Of the reviewed records, 52% had some type of error

Errors included over or under billing student tuition, misapplying financial aid to student accounts, incorrectly deferring invoices, having duplicate records for students, and inaccurately accounting for outside disbursements. These errors led to either students owing money to the school that had not been billed or incorrectly billed, the school owing money to students, or owing money back to different funding sources that had supplied financial aid to students.

Fortunately, so far, the financial impact of these errors is not large. Of the ledgers that have been reviewed to date, the total amount of money owed back to students is less than $5,000, and the amount owed back to financial aid funding sources is less than $3,000. We will return amounts owed to funding



EXHIBIT A

sources and applicable students as necessary. Any student who owes money will not be allowed to register in any other courses until money is collected. We may not collect all amounts owed from students if they don't attend any other courses.

Work continues on the review of ledgers, as the goal is to correct all errors for all students from the 2018-2019 year. FMTC has moved forward with hiring two additional positions to implement corrective actions. The team that we have had at FMTC for the past month will continue its work one day a week until we are complete with review. The team has also recommended and in the process of instituting several corrective actions including:

- Development of billing calendar for Accounting Specialist to follow to ensure students are billed timely and accurately.
- Utilize alerts in FOCUS to notify staff when students have not been billed, but are enrolled in courses.
- Update Financial Aid Handbook to include the order in which financial aid should be applied, specifically useful when a student has multiple financial aid types.
- Establish a daily "cash out" process to reconcile outside disbursements logged in FOCUS to financial aid deposited in internal fund account.
- Run funding source reports to review deferrals.
- Consolidation of financial aid records into one file (currently in multiple) to improve communication and accuracy of student financial aid profile.
- Review of ledgers for students with anticipated Pell disbursements. Pell is not processed until staff confirms accuracy and Interim Director signs off on disbursement

I hope this provides a comprehensive update for you on the progress made so far. Judy Johnson, Todd Everly, and the technical college team have been a source of great help and knowledge in the process, and Sarah, Cheri, and April have gone above and beyond to coordinate and implement this review. We all strongly believe we will emerge from this review with much stronger processes for adequate controls in our financial aid process that will serve our students well.