UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERI RUSS, an individual, and JUDITH JOHNSON, an individual

    Plaintiffs,

v.

CASE NO.: 2:20-cv-00484-JLB-MRM

THE SCHOOL BOARD OF LEE COUNTY, FLORIDA, a political subdivision of the State of Florida,

    Defendant.

_____/

## DECLARATION OF ANGELA J. PRUITT, PH.D, PMP, SHRM-SCP

I make the following verifications pursuant to 28 U.S.C. §1746 and under penalty of perjury:

1. I am over the age of 18 and am competent to make this Declaration. I am duly authorized to make this Declaration and am doing so based upon my personal knowledge.

2. I am the Chief Human Resources Officer for the School District of Lee County, the Defendant in this action (the "District"). I have served in this position since July 2014. As the Chief Human Resources Officer, I am the highest-ranking human resources professional employed by the District. I am ultimately responsible for overseeing the District's hiring, recruitment, and staffing matters, for maintaining the District's personnel records, for creating and maintaining job descriptions for positions within the District (subject to School Board approval and adoption), and for many other human resources related functions.

3. I am familiar with the Plaintiffs, Cheri Russ and Judith Johnson, and their former employment with the District.

4. I am familiar with Brian Magnan (former Senior Director at Fort Myers Technical College); Bob Brown (former Director of Internal Audit), Greg Blurton (former Chief Financial Officer); Susan Malay (Executive Director of Business Services); Todd Everly (Senior Director, Technical Colleges); Dr. Ami Desamours (Chief Financial Officer); and Dr. Gregory Adkins (Superintendent). Mr. Magnan reported to the Chief Academic Officer, as does Mr. Everly. Mr. Brown reported to the Chief Financial Officer, as does Ms. Malay. The Chief Financial Officer reports to the Superintendent. Dr. Adkins reports directly to the School Board.

5. Ms. Johnson was removed from her position at the technical colleges and reassigned to the District office in October 2019 because of concerns raised by over 30 employees at the technical colleges regarding Ms. Johnson's management style and interpersonal relationships. Sometime in November 2019, after Ms. Johnson's reassignment to the District office, Professional Standards investigated allegations that Ms. Johnson falsified or inappropriately altered students records in the FOCUS system and that Ms. Johnson inaccurately responded to pre-employment screening questions. As a result of this investigation, Ms. Johnson was issued a Written Reprimand on or around February 25, 2020.

6. I was a decision-maker regarding the non-reappointment of Ms. Johnson's annual contract. Brian Magnan, Bob Brown, Greg Blurton, and Dr. Ami Desamours were not decision-makers regarding the non-reappointment of Ms. Johnson's annual contract. Ms. Johnson was non-reappointed primarily because of performance and interpersonal issues, including concerns raised by over 30 employees, and misconduct, related to the records issues investigated by Professional Standards.

7. I was present at a meeting sometime in October 2019 with Ms. Russ, Todd Everly, and Jeff Spiro, the District's Chief Academic Officer. The purpose of this meeting was to discuss concerns Mr. Everly had regarding Ms. Russ not following her chain of command and her demeanor towards Mr. Everly. I never told Ms. Russ that if she ever spoke to Ms. Johnson again her career at the District would be over, or anything to that effect. I recall Mr. Everly mention during the meeting that he would be completing Ms. Russ's annual evaluation in the context of trying to explain that he was her supervisor and that she needed to follow the chain of command. I never said Mr. Everly could not say he would be completing Ms. Russ's evaluation.

8. In November 2019, Professional Standards investigated allegations that Ms. Russ forwarded confidential information to someone outside the District, that Ms. Russ did not follow

her supervisor's directions, and that Ms. Russ worked on projects not associated with the District during her District work hours. Ms. Russ was suspended with pay pending the outcome of the investigation.

9. I was a decision-maker regarding the non-reappointment of Ms. Russ's annual contract. Brian Magnan, Bob Brown, Greg Blurton, and Dr. Ami Desamours were not decision-makers regarding the non-reappointment of Ms. Russ's annual contract. Ms. Russ was non-reappointed primarily because of insubordinate behavior, disclosing confidential information, and working on projects not associated with the District during her District work hours.

I declare under penalty of perjury that the foregoing is true and correct.

Angela J. Pruitt, Ph.D, PMP, SHRM-SCP

Date: 12-14-2020