| POLICY | The School Board of Lee County | 1.04 |
|---|---|---|

**Related Entries: (Not identified at this time)**

## School Board Responsibilities

(1) The Lee County School Board will establish policy which will provide a rigorous curriculum that will prepare all students for the work place and/or post-secondary education and enable them to become productive citizens.

*The Board will direct the Superintendent to:*

(a) Establish a challenging curriculum and student assessment system that is founded upon the mastery of basic skills including reading, phonics, writing, grammar and math.

(b) Establish benchmark and graduation standards for all students.

(c) Continue to focus School Improvement Plans on student learning.

(d) Establish program requirements for instructional technology.

(e) Plan, develop and measure programs and practices based on relevant research and data.

(f) Ensure that learning is relevant and application-based and continues in the direction of developing more vocational, technical and other career oriented programs.

(g) Provide student focused instruction.

(h) Develop a consistent discipline plan that will maintain a safe and orderly environment.

(i) Commit resources to the continuous improvement of the middle school program that includes expectations for high academic performance.

(j) Improve articulation strategies that emphasize the grades six and nine transition years.

(k) Provide preparation programs for local, state, and national assessments.

(l) Create incentives for success, opportunities for assistance and measures of accountability.

(2) The Lee County School Board will establish policy which will ensure that students in the regular education program will be provided with the tools needed to enable them to read on grade level by the end of the third grade.

(3) The Lee County School Board will establish policy which will provide a fair and equitable work environment for all employees.

*The Board will direct the Superintendent to:*

(a) Apply consistent standards and expectations toward all employees.

(b) Continue efforts to collaboratively address incentives, equity, salary steps and the supplement schedule.

(c) Ensure that policies and practices for screening, selection, promotion and transfer of employees are fair and equitable.

(d) Improve communication and other efforts to build trust among employees.

(e) Seek input from all affected employee groups during decision-making processes.

(f) Develop staff assessment tools that are linked to improved student performance and the professional development of the employee.

(g) Continue to develop recognition strategies for all employee groups.

(4) The Lee County School Board will establish policy which will ensure the efficient and effective use of the District's financial resources.

*The Board will direct the Superintendent to:*

(a) Display financial data in a clear and understandable manner and to communicate to employee and community groups.

(b) Continuously improve fiscal responsibility and accountability.

(c) Develop a system to direct resources based on student needs, ensuring alignment with the District Strategic Plan.

(5) The Lee County School Board will establish policy which will develop parent and community partnerships to enhance student learning.

*The Board will direct the Superintendent to:*

(a) Ensure active parent/guardian and community participation in the school improvement process and other school activities.

    (b)    Communicate, inform and educate parents/guardians in order to attain higher levels of student achievement.

    (c)    Collaborate with parents/guardians to reduce the gap in achievement between minority and non-minority students on all indicators of achievement while showing improvement for all students.

    (d)    Collaborate with parents/guardians and the community to enhance student educational opportunities and career planning.

    (e)    Seek agreements to meet specific student needs, such as alternatives to out-of-school suspension.

    (f)    Continue to develop interlocal agreements that are mutually beneficial to the District and the citizens of Lee County.

    (g)    Establish a student assignment plan that will meet the needs of the community and ensure the success of every child.

(6)    The School Board shall review and revise its protocols annually.

**STATUTORY AUTHORITY**:   1001.32(3), 1001.33, 1001.41, 1001.42, 1001.43, 1012.22, F.S.

Adopted:  2/27/07   (Formerly: Policy 1.11)
Revised:  7/31/07
Revised:  10/20/15   (Formerly: Policy 1.03)