UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERRI RUSS and JUDITH JOHNSON,

    Plaintiffs,

v.                                                      Case No. 2:20-cv-484-JLB-MRM

THE SCHOOL BOARD OF LEE COUNTY,
FLORIDA,

    Defendant.
_____/

## ORDER

    The parties have settled Plaintiff Cherri Russ's claims and request additional time to continue their negotiation of Plaintiff Judith Johnson's claims. (Doc. 65.) The parties' request is **GRANTED**, and they may continue to negotiate through the Court's previous mediation deadline of November 18, 2021. (Doc. 24.) On May 28, 2021, and every thirty days thereafter, the parties shall file status reports on the state of their negotiations. Pursuant to Local Rule 3.09, the Clerk is **DIRECTED** to stay all deadlines and proceedings as to Ms. Russ. Within sixty days of this order, Ms. Russ and the School Board of Lee County must file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or (2) on good cause shown, a motion to reopen the case for further proceedings as to Ms. Russ.

    **ORDERED** in Fort Myers, Florida, on April 26, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE