UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERI RUSS, an individual, and JUDITH JOHNSON,
an individual,

    Plaintiffs,

v.                                        CASE NO.: 2:20-cv-00484-JLB-MRM

THE SCHOOL BOARD OF LEE COUNTY,
FLORIDA, a political subdivision of the State of
Florida,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, the parties, by and through their undersigned counsel, notify this Honorable Court that they have agreed to resolve Plaintiff Judith Johnson's claims, subject to approval by the School Board at a public meeting.[1]  Full and complete performance of the settlement terms is expected to be completed within 60 days.  Upon completion, the parties have agreed to file a joint stipulation of dismissal with prejudice.

---

[1] Plaintiff Cheri Russ's claims have been resolved in full and she was terminated from this case on June 28, 2021.  [Doc. 82].

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By her attorney, | The Defendant,<br>By its attorney, |
| <u>/s/Benjamin H. Yormak, Esq.</u><br>Benjamin H. Yormak, Esq.<br>Yormak Employment & Disability Law<br>9990 Coconut Road<br>Bonita Springs, FL  34135-8488<br>Telephone: 239-985-9691<br>Facsimile:  239-288-2534<br>Email: byormak@yormaklaw.com<br>Florida Bar No.: 71272<br>Counsel for Plaintiff Judith Johnson | <u>/s/Suzanne M. Boy, Esq.</u><br>Suzanne M. Boy, Esq.<br>Boy Agnew Potanovic<br>4415 Metro Parkway, Suite 110<br>Fort Myers, Florida 33916<br>Telephone: (239) 208-6515<br>Facsimile: (239) 208-6511<br>Email: suzanne@bapfirm.com<br>Florida Bar No.: 35400<br>Counsel for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of August, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Benjamin H. Yormak, Esq., Yormak Employment & Disability Law, 9990 Coconut Road, Bonita Springs, FL 34135.

> BOY AGNEW POTANOVIC
> Trial Attorneys for Defendant
> 4415 Metro Parkway, Suite 110
> Fort Myers, Florida 33916
> 239.208.6515 (telephone)
> 239.208.6511 (facsimile)
> Primary Email: suzanne@bapfirm.com
> Secondary Email: service@bapfirm.com
>
> By: */s/ Suzanne M. Boy*
>     Suzanne M. Boy (Lead Counsel)
>     Florida Bar No. 0035400