UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERI RUSS and JUDITH JOHNSON,

    Plaintiffs,

v.                                           Case No. 2:20-cv-484-JLB-MRM

THE SCHOOL BOARD OF LEE COUNTY,
FLORIDA,

    Defendant.
_____/

## **ORDER**

The parties have stipulated to dismissal of this action with prejudice as to Plaintiff Judith Johnson.  (Doc. 92); Fed, R. Civ. P. 41(a)(1)(A)(ii).  The notice is self-executing.  <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on October 1, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE